AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CONRAD, GLEN E. | 2. Court or Organization<br><br>US DISTRICT COURT | 3. Date of Report<br><br>04/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>210 FRANKLIN RD - ROOM 320<br>P O BOX 2822<br>ROANOKE, VA 24001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Ted Dalton American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Conrad, Glen E.

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Regent University School of Law | February 6-7, 2009 | Virginia Beach, VA | judging moot court | meals and lodging expenses |
| 2. | College of William and Mary School of Law | February 13-14, 2009 | Williamsburg, VA | judging moot court | meals and lodging expenses |
| 3. | Liberty University School of Law | March 21, 2009 | Lynchburg, VA | judging moot court | meal expense only |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House Lots Pulaski Co., VA | | None | M | Q | | | | | |
| 2. [ ] (40% interest) Dare County, NC | D | Rent | N | Q | | | | | |
| 3. Stamp collection | | None | L | W | | | | | |
| 4. Coin collection | | None | J | W | | | | | |
| 5. Abbott Laboratories CS | A | Dividend | K | T | | | | | |
| 6. American Electric Power CS | B | Dividend | K | T | | | | | |
| 7. AT&T Corp. CS | B | Dividend | K | T | Sold (part) | 07/24/09 | J | | |
| 8. Bard C.R. Inc. CS | A | Dividend | | | Sold | 05/19/09 | J | | |
| 9. Berkshire Hathaway, Inc. CS | | None | J | T | | | | | |
| 10. BHP Billiton Limited CS | A | Dividend | J | T | Buy | 06/08/09 | J | | |
| 11. Celgene Corp. CS | A | Dividend | J | T | | | | | |
| 12. Chesapeake Energy CS | A | Dividend | | | Sold | 01/26/09 | J | | |
| 13. Cisco CS | A | Dividend | J | T | | | | | |
| 14. Clinical Data, Inc. CS | A | Dividend | L | T | Buy (add'l) | 01/23/09 | J | | |
| 15. | | | | | Buy (add'l) | 03/10/09 | J | | |
| 16. Comcast Corp. CS | A | Dividend | J | T | | | | | |
| 17. Conoco Phillips Corp. CS | B | Dividend | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,000 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CSX Corp. CS | A | Dividend | K | T | | | | | |
| 19. Chevron Texaco Corp. CS | C | Dividend | L | T | | | | | |
| 20. Danaher Corp. CS | A | Dividend | | | Sold | 12/10/09 | J | C | |
| 21. Dicks Sporting Goods Inc. CS | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 22. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 23. Ebay, Inc. CS | A | Dividend | J | T | Buy | 09/17/09 | J | | |
| 24. Encana Corp. CS | A | Dividend | | | Sold | 08/11/09 | J | | |
| 25. Family Dollar Stores, Inc. CS | A | Dividend | | | Buy | 03/24/09 | J | | |
| 26. | | | | | Sold | 09/17/09 | J | | |
| 27. Fairpoint (Verizon spin-off) CS | A | Dividend | J | T | | | | | |
| 28. Fedex Corp. CS | A | Dividend | J | T | Buy | 12/15/09 | J | | |
| 29. First Opportunity Fund (mutual fund) (See Part VIII) | B | Dividend | K | T | | | | | |
| 30. MTB (tax free bond fund) | B | Dividend | M | T | | | | | |
| 31. MTB (tax free bond fund) (See VIII) | B | Dividend | M | T | | | | | |
| 32. Fluor Corp. CS | A | Dividend | J | T | | | | | |
| 33. Ford Motor Company CS | A | Dividend | J | T | Buy | 11/25/09 | J | | |
| 34. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Gilead Sciences, Inc. CS | A | Dividend | | | Sold | 06/08/09 | J | | |
| 36. Glaxo Smithkline CS | B | Dividend | K | T | | | | | |
| 37. Greif Inc. CS | A | Dividend | J | T | | | | | |
| 38. Halozyme Therapeutic CS | A | Dividend | M | T | | | | | |
| 39. Hospira CS | | None | J | T | | | | | |
| 40. Idcare Inc. CS | A | Dividend | J | T | | | | | |
| 41. International Business Machines Corp. CS | A | Dividend | | | Sold | 11/02/09 | K | C | |
| 42. Intuitive Surgical, Inc. CS | A | Dividend | | | Sold | 01/26/09 | J | | |
| 43. IShares Inc. CS | A | Dividend | J | T | Buy | 06/23/09 | J | | |
| 44. ITT Educational Services, Inc. CS | A | Dividend | | | Sold | 01/26/09 | J | B | |
| 45. MEDCO Health CS | | None | K | T | Buy (add'l) | 08/11/09 | J | | |
| 46. Lockheed Martin Corp. CS | A | Dividend | | | Sold | 06/23/09 | J | B | |
| 47. Mastercard Inc. CS | A | Dividend | J | T | Buy | 08/12/09 | J | | |
| 48. McAfee Inc. CS | A | Dividend | J | T | Buy | 07/24/09 | J | | |
| 49. McDonalds Corp. CS | A | Dividend | J | T | | | | | |
| 50. Merck & Co. Inc. CS | A | Dividend | J | T | | | | | |
| 51. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Nucor Corp. CS | A | Dividend | | | Sold | 10/20/09 | J | A | |
| 53.  Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 54.  Nvidia Corp. CS | A | Dividend | K | T | Buy | 10/06/09 | J | | |
| 55.  Oracle Corp. CS | A | Dividend | | | Sold | 10/06/09 | J | | |
| 56.  Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 57.  Plum Creek Timber Co. Inc. CS | A | Dividend | J | T | | | | | |
| 58.  Quest Communications CS | A | Dividend | J | T | | | | | |
| 59.  Schlumberger LTD CS | A | Dividend | | | Sold | 08/26/09 | J | C | |
| 60.  Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 61.  Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 62.  Scottrade Money Market Fund | A | Dividend | L | T | | | | | |
| 63.  Southwestern Energy Company CS | A | Dividend | | | Buy | 05/19/09 | J | | |
| 64. | | | | | Sold | 12/15/09 | J | A | |
| 65.  SPDR Gold Trust Gold Shares | A | Dividend | K | T | | | | | |
| 66.  SPDR Index Shares Emerging Latin America EFT | A | Dividend | J | T | | | | | |
| 67.  Suntrust Banks, Inc. CS | C | Dividend | K | T | | | | | |
| 68.  Tractor Supply Co. CS | A | Dividend | J | T | Buy | 08/26/09 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. The Travelers Companies CS | A | Dividend | J | T | | | | | |
| 70. Transocean Inc. CS | A | Dividend | J | T | | | | | |
| 71. Verizon Communications CS | B | Dividend | K | T | | | | | |
| 72. Wachovia Corp. CS | | None | | | Merged (with line 74) | 01/02/09 | | | |
| 73. Wachovia Bank (checking account)(See VIII) | A | Interest | L | T | | | | | |
| 74. Wells Fargo (formerly Wachovia) CS | A | Dividend | J | T | | | | | |
| 75. Woodward Governor Company CS | A | Dividend | | | Sold | 08/12/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line #1 - Appraisal date -May 2004
Part VII, Line #2 - Appraisal date - September 1999
Part VII, Line 29 - First Opportunity Fund was formerly known as First Financial Fund Inc.
Part VII, Line #31 - _____ ownership w, _____
Part VII, Line #73 - _____ ownership w. _____

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544